

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| TIMMIE LAVERNE SOULES, | § | No. 08-15-00384-CR |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20130D02079) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **April 4, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before April 4, 2017.

IT IS SO ORDERED this 27th day of March, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.